AGUAYO HERMANOS & Co., S. EN C., PETICIONARIOS, *v.* CUEVAS ZEQUEIRA, JUEZ DE DISTRITO, DEMANDADO.

SOLICITUD para que se expida un auto de *certiorari* al Juez de la Corte de Distrito de Humacao en pleito sobre prelación de crédito.

No. 165.—Resuelto en diciembre 22, 1916.

CERTIORARI—SENTENCIA CUMPLIDA—FALTA DE FINALIDAD PRÁCTICA.—Examinado el pleito original elevado en cumplimiento del auto de *certiorari* expedido por este tribunal, se observó que la sentencia de que se quejaba el peticionario había sido ya satisfecha por el mismo, y se *resolvió* que debía anularse el auto expedido y desestimarse la solicitud presentada por carecer de finalidad práctica la resolución que pudiera dictar esta corte.

Los hechos están expresados en la opinión.

Abogado de los peticionarios: *Sr. Antonio L. López.*

Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

Este es un caso de *certiorari.* Presentada la solicitud se expidió el auto el 9 de noviembre de 1916, y en cumplimiento del mismo se elevó a esta Corte Suprema el pleito original

seguido por *Emilio R. Rovira* v. *Aguayo Hermanos et al.,* sobre prelación de crédito, en la Corte Municipal de Caguas, apelado luego para ante la Corte de Distrito de Humacao. La queja del peticionario consistió en que la corte de distrito erró al desestimar el recurso por no haber el apelante radicado los autos en la secretaría, previo el pago de los derechos correspondientes.

Examinado el pleito original, resulta que la apelación fué desestimada en efecto por resolución de 2 de agosto de 1916 y, además, que la sentencia de la corte municipal se ejecutó el día 12 del mismo mes y año, habiendo satisfecho el demandado la suma a que fué condenado y las costas.

Siendo esto así, la resolución que esta corte pudiera dictar, no tendría resultado práctico alguno. En tal virtud debe desestimarse la solicitud, anularse el auto expedido y devolverse el pleito original de que se ha hecho mérito a la indicada corte de distrito, a los fines procedentes.

> *Desestimada la solicitud y anulado el auto expedido.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, Aldrey y Hutchison.